McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLENN SAXBY, et al., | Case No.: 2:19-cv-1437 TLN DB |
| Plaintiff, | |
| v. | |
| KEVIN McALEENAN, et al., | **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| Defendants. | |

Defendants seek an additional 60 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on December 2, 2019. The parties further request that the scheduling conference be reset to sometime after the new answer date.

Dated: September 27, 2019              Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       s/ Audrey B. Hemesath
                                       AUDREY B. HEMESATH
                                       Assistant United States Attorney

                                       s/ Paul Wei-Jye Chen
                                       PAUL WEI-JYE CHEN
                                       Attorney for the Plaintiffs

1

ORDER

IT IS SO ORDERED.

DATED: September 30, 2019

Troy L. Nunley
United States District Judge